

Research articles and archives from 6,500+ publications

Advanced search

**Articles** > Popular publications > **Business Wire press releases** > **October-December 1998** > **Tuesday, November 3**



### Article: Capital Security Systems Inc. Announces the ATM Powerbuilder.

Article from: Business Wire    Article date: November 3, 1998    Copyright

**N.C. Business Assistance**
Start or Grow Your Business in North Carolina. Call 800.228.8443
www.ThriveNC.com/NCBusiness

**Charlotte Coupons**
1 ridiculously huge coupon a day. Get 50-90% off Charlotte's best!
www.Groupon.com/Charlotte

**ATM Sales and Service**
Local Sales, Placements, and Repair Free ATM Processing!
www.atmtechnologiesllc.com

**Ally Checking & Savings**
Open a Checking & Savings Account. Use Any ATM Nationwide - No Fees
www.Ally.com

Ads by Google

**ATM Sales and Service**
Local Sales, Placements, and Repair Free ATM Processing!
www.atmtechnologiesllc.com

**ATM Kiosk Manufacturer**
Attractive Kiosks, Designed For Maximum Safety. Request A Quote!
www.PrecisionSteelWorks.com/ATM

**ADT® Official Site**
ADT® Award Winning Business Alarms. Free Security Risk Assessment Today
www.ADTBusiness.com/Alarms

**Ally Checking & Savings**
Open a Checking & Savings Account. Use Any ATM Nationwide - No Fees
www.Ally.com

Ads by Google



**Ads by Google**

ADT® Official Site

ADT® Award Winning Business Alarms. Free Security Risk Assessment Today

www.ADTBusiness.com/Alarms

ATM Sales and Service

Local Sales, Placements, and Repair Free ATM Processing!

www.atmtechnologiesllc.com

Related articles

*For a limited time, enjoy this and other articles at HighBeam for free! If you like this article, share it on Facebook, LinkedIn, or Digg. And don't forget to check out our related articles for even more information. –The HighBeam Team*

SAN DIEGO--(BUSINESS WIRE)--Nov. 3, 1998--

New Technology Provides Seventeen Fee-based Automated Banking

Services Across Three Markets, Paving Way to the

"Cashless Society"

Capital Security Systems(CSS) of Chicago, IL., today announced the filing of a patent on the ATM PowerBuilder, a development platform that provides automated banking customers with a means of accessing seventeen different banking functions from an ATM terminal.

ATM PowerBuilder brings together three different banking segments -- (1) regular banking customers, (2) government entitled customers, and (3) fringe banking customers -- into the same market space. It enables ATM users to cash money orders, checks and other notes, as well as pay bills, wire funds and buy items like stamps and phonecards, all at the same terminal.

The ATM PowerBuilder will also do transactions and combination transfers based on credit cards, bank cards, debit cards, smart cards and EBT (Electronic Benefit Transfer) cards. EBT cards are used to facilitate electronic benefit transfer payments of government entitlements and are mandated by the U.S. Government for ATM use by the year 2002.

"The ATM PowerBuilder employs the most advanced technologies currently available in the field of electronic banking," said Robin Gustin, chief executive officer and president of CSS. "Several things make it unique: a check cashing technology that is 100% automated, a check fraud detection system based upon intelligent character recognition (ICR) technology, and the way our system makes change."

Gustin continued, "It dispenses change to customers by electronically downloading it onto Smartcards, which can also function as a user ID card. Smartcards are in use all over Europe and have begun their journey to the United States in a big way."

The unique features of the CSS software platform include its ability to scan, automatically recognize, then cash or deposit checks at the terminal. It does this by using advanced ICR technology that verifies both the numeric and handwritten amounts on a personal or payroll check - without any human intervention.

CSS has built a working prototype of the ATM PowerBuilder platform that is on display at the company's Chicago facility. CSS is currently looking for an Industry Leader in the financial services market that would be interested in acquiring the patent rights from CSS.

**Read more articles like this
with a FREE trial**

**Cite this article**
Pick a style below, and copy the text for your bibliography.

MLA        Chicago        APA

"Capital Security Systems Inc. Announces the ATM Powerbuilder." Business Wire. Business Wire. 1998. *HighBeam Research*. 29 Oct. 2010 <http://www.highbeam.com>.

Learn more about citation styles

COPYRIGHT 2009 Business Wire. This material is published under license from the publisher through the Gale Group, Farmington Hills, Michigan. All inquiries regarding rights should be directed to the Gale Group. For permission to reuse this article, contact Copyright Clearance Center.

**Ads by Google**

**Managed Security Services**
Protect your FI's network & info assets 24x7x365 with Gladiator!
www.ProfitStars.com

**ATM Machine**
CGI Direct ATM - Below Wholesale Triton and Tranax ATM Machines
www.cgiatm.com/

## Related newspaper, magazine, and journal articles:



**Article: Three More Patents Approved for ATM ...**
**Business Wire** ;  July 13, 1999 ; 631 words ... July 13, 1999-- Capital **Security Systems** (CSS) today announced ... development platform, the **ATM PowerBuilder**, a powerful toolkit that ... created by the powerful **ATM PowerBuilder** platform should help gain ... According to Gustin, ...



**Article: Capital security systems ...**
**Today** ;  February 1, 1999 ; Anonymous;  387 words ... technology has been selected by Capital **Security Systems** for its **ATM PowerBuilder** system. **ATM PowerBuilder** is a patented development platform ... handwriting on documents presented to the **ATM** ...



**Article: San Diego's Marino Group Lands National ACusa.com Account!**
**Business Wire** ;  May 24, 1999 ; 700+ words ... S. Department of Commerce, Sunbelt Publications, Pearl Technologies, Mainstream Magazine, Capital **Security Systems/ATM PowerBuilder** and Strathmoor Press. Their work has included direct mail, books, print, multi-media, CD-ROM ...



**Article: Beyond the Fee; Funding the Conversion to An E-Commerce Society.**
**Business Wire** ;  September 8, 1999 ; 697 words ... of Capital **Security Systems** Inc. (CSS ... called the **ATM PowerBuilder**, a toolkit ... is that the **ATM PowerBuilder** platform will ... advantage of the **ATM PowerBuilder** is that putting ... Capital ...

**See all results**. Or, try our **Advanced Search**.

**Ads by Google**

**Free Home Alarm System**
ADT® Home Alarm: Save $850 View Home Alarm System Now!
Home-Security123.com

**Nautilus Hyosung NH-1800**
ATM sales, supplies, and transaction processing. Nationwide.
www.merrimakatm.com

**Find articles, research, and archives**

HighBeam™ Research, a part of The Gale Group, Inc. © Copyright 2010. All rights reserved.
Home    About us    Customer support    Group subscriptions    Advertising    Partnerships    Privacy policy    Terms and conditions

The HighBeam advertising network includes: