

Research articles and archives from 6,500+ publications



Log in | **Free trial** | What's in a free trial | Help

Advanced search

Articles > Popular publications > Business Wire press releases > July-September 1999 > **Tuesday, July 13**

### Article: Three More Patents Approved for ATM PowerBuilder.

Article from: Business Wire    Article date: July 13, 1999    Copyright


www.GiftsforBanking.com                              Ads by Google


www.GiftsforBanking.com                              Ads by Google



**Ads by Google**

ATM Sales and Service

Local Sales, Placements, and Repair Free ATM Processing!

www.atmtechnologiesllc.com

Refurb ATMs and Parts

Save big on ATMs and ATM parts. Great prices. Huge selection.

www.cardtronics.com

Related articles

*For a limited time, enjoy this and other articles at HighBeam for free! If you like this article, share it on Facebook, LinkedIn, or Digg. And don't forget to check out our related articles for even more information. –The HighBeam Team*

SAN DIEGO--(BUSINESS WIRE)--July 13, 1999--

Capital Security Systems (CSS) today announced that it has received approval for three more patents on features of the Super ATM(TM) development platform, the ATM PowerBuilder, a powerful toolkit that will ultimately provide automated banking customers with a means for accessing 17 different banking functions from an ATM terminal.

"With the approval of these three patents," stated Robin Gustin, president of CSS, "we are within sight of creating the ATM of the future -- the ultimate in one-stop shopping for all of a customer's electronic banking needs."

According to Gustin, the first patent covers signature verification in a terminal environment. Once verified, an ATM customer will be authorized to cash a check or money order, pay bills, create a money order, or perform a variety of other electronic financial transactions at an ATM location.

The second patent covers the capability for a bank network customer to transfer funds from one ATM to any other ATM, in effect, emulating a Western Union wire order in an ATM environment. "It's more convenient for the customer -- and it will produce more fees for the networks, too," explained Gustin.

"Several things make our platform unique," Gustin went on, "including check cashing technology that is 100% automated and the way we direct dollars and cents to a smart card, which is covered by the third patent."

Because Smart Cards enable more options and provide better security for the customer, Gustin believes that Smart Cards will eventually replace magnetic strip cards at ATMs. She says that the possibilities created by the powerful ATM PowerBuilder platform should help gain bank support for the conversion to a Smart Card-based, e-commerce society.

According to Gustin, the ATM PowerBuilder will enable banking networks to access three major electronic financial markets: conventional ATM banking, electronic benefits transfer, and unbanked customers. According to a recent government study, unbanked customers comprise one out of every eight homes in the U.S. -- which means possibly another strong revenue source for the networks.

CSS is currently talking to a number of large domestic and foreign companies that are seeking to secure a controlling interest in the ATM-based world of electronic commerce by owning the patents granted to the Super ATM(TM) -- ATM PowerBuilder platform.

**Read more articles like this
with a FREE trial**

## Cite this article

Pick a style below, and copy the text for your bibliography.

    **MLA**    **Chicago**    **APA**

"Three More Patents Approved for ATM PowerBuilder." Business Wire. Business Wire. 1999. *HighBeam Research*. 29 Oct. 2010 <http://www.highbeam.com>.

Learn more about citation styles

COPYRIGHT 2009 Business Wire. This material is published under license from the publisher through the Gale Group, Farmington Hills, Michigan. All inquiries regarding rights should be directed to the Gale Group. For permission to reuse this article, contact Copyright Clearance Center.

**Ads by Google**

ATM Machine

CGI Direct ATM - Below Wholesale Triton and Tranax ATM Machines
www.cgiatm.com/

**NH 1820 Sale**
NH 1820 on Sale Now! Includes Free Shipping, Installation, & Upgrades.
www.atmnetwork.net/

Related newspaper, magazine, and journal articles:


**Article: Capital Security Systems Inc. Announces the ATM ...**
**Business Wire** ;  November 3, 1998 ; 700+ words ... an ATM terminal. **ATM PowerBuilder** brings together three ... same terminal. The **ATM PowerBuilder** will also do transactions ... cards, debit cards, **smart cards** and EBT (Electronic ... year 2002. "The **ATM** ...

**See all results**. Or, try our **Advanced Search**.

**Ads by Google**

**Work In Homeland Security**
Don't Wait. Change your life today! Classes Available Now Online
ChooseICDCCollege.com/Security

**PowerBuilder Expert**
Impact Analysis, Source Code Doc. PowerBuilder Code Review, etc.
www.visual-expert.com

**Find articles, research, and archives**

HighBeam™ Research, a part of The Gale Group, Inc. © Copyright 2010. All rights reserved.
Home   About us   Customer support   Group subscriptions   Advertising   Partnerships   Privacy policy   Terms and conditions

The HighBeam advertising network includes:  womensforum.com  GlamFamily