Get Free Membership | Sign In | Advertise

you@example.com

| Home | Features | News | Blogs | Videos | Photos | Webinars | White Papers | Buyers Guide ▼ | Research Centers ▼ | Community ▼ | Project Help |

**RESEARCH CENTERS**
- Associations / Conferences
- Bank / Credit Union
- Bank Automation
- Deposits / Check 21
- Distributors / ISO / IAD
- EMV
- Enclosures / Surrounds
- Installation / Deployment
- Laws / Regulations
- Manufacturers
- Mobile Banking
- Multifunction ATMs
- Networking / Connectivity
- Outsourcing
- Refurbished / Used ATMs
- Retail / Off-Premises
- Security
- Service / Parts
- Software
- Transaction Processing
- Trends / Statistics
- Vault Cash / Cash Management
- Wireless

# ATM Powerbuilder patent to be sold to bank

Tags: Bank / Credit Union, Software
3/5/02

Be the first!   0

SAN DIEGO -- Robin Gustin, CEO and president of Capital Security Systems (CSS), announced that "it is 100 percent certain" that CSS will sell the patent on its ATM Powerbuilder development platform to a large banking services provider rather than license the Powerbuilder software development kit to resellers, developers and systems integrators.

"Because the ATM Powerbuilder addresses three banking segments, a large software provider can more effectively channel it to niche market providers," she explained, "but we've also concluded that the Powerbuilder's diverse applications would be most effectively distributed by a global company that offers direct services in the markets served by financial institutions, banking networks, health care, e-commerce and utility companies."

The ATM Powerbuilder is a development platform that will ultimately allow automated banking customers the means to access 17 different fee-based functions from an ATM terminal. "Several things make our platform unique," Gustin said, "including check cashing technology that is 100 percent automated, a check fraud detection system and the way our system directs change to the smart card, which is also the customer ID card."

Gustin said that final patent approval for the ATM Powerbuilder is imminent."At this point, well over half of our claims have been approved."

Gustin said the ATM Powerbuilder creates an electronic portal for the consumer that will translate paper-based data into e-commerce and smart card transactions. She believes the ATM Powerbuilder will enable banking networks to access conventional ATM banking and EBT or "unbanked" customers, as well as "fringe banked" customers, who comprise one out of every eight homes according to a recent government study.

CSS is talking to a several large domestic and foreign companies interested in procuring the patent on the ATM Powerbuilder.

**READER COMMENTS**

### Add a Comment

We welcome your thoughtful comments. All comments will display your real name.

**Want to participate in the discussion?**

Register for Free

Or log in for complete access.

☑ Email me when comments are added.

Clear   Post

**RELATED CONTENT**

Features | News | Blogs

- Wincor Nixdorf launches cash-recycling management system
- NCR introduces mixed-media ATM deposit module
- Cardtronics: Redesign of banknotes will be costly
- Wendy Rusk named head of Level Four Americas
- Wincor Nixdorf signs ATM deal with British bank

**MOST POPULAR**

Read | Emailed | Discussed

- Triton issues dramatic ATM security warning
- Cardtronics announces management reorganization
- EDC and bank partner land two-large ATM contracts
- NCR signs ATM-management services contract with UK bank
- Stockholders to sell shares in ATM ISO

**WHITE PAPERS**

**COMMENTS**
- It is always good to make a change in …
- I had this happen to me in Italy this summer …
- probably they mean that an attack is a succesfull …
- Hi, Read the article about the 5,743 ATM …
- It's a customer friendly feature, thanks NCR …
- Actually it moves

**NCR ahead of Wincor. The Wincor ...**
I was one of the first field service engineers ...
There are a number of substantial errors in this ...
Correction to the article: The European Union ...
ATM withdrawal situations are becoming more and ...

## FEATURES
Sponsored by: 

Diebold reports higher third-quarter net income and revenues

TIO offers cross-border bill payment

Wincor Nixdorf launches cash-recycling management system

NCR reports higher third-quarter net income and revenues

Cardtronics announces management reorganization

» View More Features

## NEWS
Sponsored by:

Cardtronics signs deal with Phoenix Managed Networks

Global Access deploys ATMs in a convenience store chain

Cardtronics signs ATM deal with Nebraska convenience store chain

Phoenix Interactive signs an ATM-software agreement with BMO Bank of Montreal

British Bank buys NCR cash recyclers

» View More News

**Newest** | Popular

- Cassette Handling Instead of Cash Handling
- Diebold's Rapid Processing
- Three Reasons to Incorporate Dual Connectivity into an ATM
- Bethpage Federal Credit Union Pendum Delivers $200K in Cost Savings
- Gaming Industry Leader Finds Winning Hand with Pendum

Sponsored by: 



## BLOGS

ATM Potential in Africa

Top 5 Credit/Debit Card Skimming Attacks

Will NFC handsets alter the course of contactless mobile payments

More ATM Skimmers Being Used By Gangs

International card schemes - not necessarily a two horse race

» View More Blogs

### PHOTO GALLERY

    

» View More

2007 Kiosk Com Self Service Expo New York | 2006 Self-Service & Kiosk Show | 2010 ATMIA Miami | 2010 Wincor World

Photos

### VIDEO GALLERY

 Wincor's mobile banking benefits branch staff, end-users

 Wincor's Services Division monitors cash management, systems

 NCR's Mike Webster on consistency of customer experience

 Wincor says CINEO line is revolutionizing cash management

 Scotiabank finds success with mobile banking

» View More Videos

### PRODUCTS & SERVICES

   

ATM USA Uptime Process | Video: Consumer Research Webinar - 58 minutes | Intelligent Cash Deposit Machine —P2801L AutoDepot | ATM Vault Cash

» View More Products



**REQUEST INFORMATION FROM SUPPLIERS**

Save time looking for suppliers. Complete this form to submit a Request for Information to our entire network of partners.

Your email address...

Tell us what you're looking for...

submit

---

**Inside NetWorld Alliance Network**

**Self-Service World**
More than 500 attend Russian self-service banking forum
Flyers test self-serve bag tag in Boston
NCR kix Netflix butt: Motley Fool

**Popular on NetWorld Alliance**
Mobile Banking: Future Trends and the State of the Industry
ATM Future Trends Report
2010 ATM Software Trends and Analysis
Video Banking and the Future of the ATM Industry
Building a Better Bank

**Other NetWorld Alliance Sites**
ATM Marketplace
Church Central
Digital Signage Today
Fast Casual
Fast Casual Executive Summit
Kiosk Marketplace
Pizza Executive Summit

**Global Partners**
Diebold Incorporated
NCR Retail
Triton
Nautilus Hyosung America, Inc.
Digital Screenmedia Association

**Retail Customer Experience**
Can Halloween scare up more retail sales?
Blippy Partners with Sephora to create social shopping destination
Celerant unveils M-Commerce app

Pizza Marketplace
Proud Green Home
QSR Web
Retail Customer Experience
Retail Customer Experience Executive Summit
Self-Service World

ATM Marketplace Home | Showcases | Privacy Policy | Submit RFI | Editorial Policy | About Us | Contact Us

Advertise | Mobile Version | Site Map | RSS | News Panel

© 2009-2010 NetWorld Alliance All Rights Reserved.